THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Tampa Israel Boyd, Petitioner
 
 
 

v.

 
 
 
 State of South Carolina, Respondent
 
 
 

Appeal From Williamsburg County
Larry R. Patterson, Trial Judge
 Wyatt T. Saunders, Jr., PCR Judge

Unpublished Opinion No. 2008-UP-264
Submitted April 1, 2008  Filed May 16, 2008    

APPEAL DISMISSED

 
 
 Appellate
 Defender Wanda H. Carter, of Columbia, for Petitioner.
 Attorney General Henry McMaster, Chief Deputy Attorney John W.
 McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant
 Attorney Julie M. Thames, all of Columbia, for Respondent.
 
 

PER
 CURIAM:  Petitioner seeks a writ of
 certiorari from the denial of her application for post-conviction relief (PCR).
Because the State
 did not challenge the PCRs judges finding the Petitioner did not knowingly
 and intelligently waive his right to a direct appeal, we grant certiorari and
 proceed with a review of the direct appeal issue pursuant to Davis v. State,
 288 S.C. 290, 342 S.E.2d 60 (1986).
After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Petitioners appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED. 
Huff, Kittredge, and
 Williams, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.